**E-Filed: 05.25.10**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LISA BORTEN,                                  ) CASE NO. 09-05374 MMM (AJWx)
                                             )
                Plaintiffs,                   )
                                             )
        vs.                                   ) JUDGMENT FOR DEFENDANT
                                             )
FEDERAL DEPOSIT INSURANCE                     )
CORPORATION (FDIC),                           )
                                             )
                Defendant.                    )
                                             )

        On May 25, 2010, the court granted the defendant's motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and dismissed plaintiff's complaint without leave to amend.  Accordingly,

        IT IS ORDERED AND ADJUDGED that the action be dismissed for lack of subject matter jurisdiction.

DATED: May 25, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE